JDM 12.18.22
MFA: 2022R00398
*PEB* 12.16.22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JRR-22-0448 |
| v. | * | |
| | * | (Assaulting, Resisting, or Impeding |
| IGOR YASINOV, | * | Certain Officers or Employees |
| | * | Resulting in Bodily Injury, 18 U.S.C. § |
| Defendant. | * | 111(a)(1), (b)) |
| | * | |

USDC- BALTIMORE
'22 DEC 21 PM 3:39

*******

INDICTMENT

COUNT ONE
(Assaulting, Resisting, Or Impeding Certain Officers or Employees, Inflicting Bodily
Injury)

The Grand Jury for the District of Maryland charges that:

Introduction/Background

1.     The United States Marshals Service ("USMS") is an agency of the federal government with a variety of duties and responsibilities pursuant to 28 U.S.C. § 561, et seq. USMS is charged with handling the housing and transportation of federal defendants who are detained pending the adjudication of their cases. The Chesapeake Detention Facility ("CDF") is a pretrial detention facility located in Baltimore, Maryland, that exclusively houses federal inmates awaiting the disposition of criminal cases in the District of Maryland, pursuant to an intergovernmental agreement between USMS and CDF. CDF employs correctional officers to effectuate the goals and directives of USMS. Correctional officers are responsible for the day-to-day operations of the facility.

2.     From October 4, 2021, through March 14, 2022, Igor Yasinov ("YASINOV") resided at CDF while he awaited a hearing in the United States District Court for the District of Maryland.

3.      On November 16, 2021, YASINOV broke a control center window within a housing unit with a broom stick and sustained minor cuts and abrasions.

4.      YASINOV was transported to the medical unit for treatment by Captain Nina Rizer ("Captain Rizer") and Captain Monica Jenkins-Ngandu ("Captain Jenkins-Ngandu").   After approximately thirty minutes of treatment, Sergeant Dorian Johnson ("Sergeant Johnson"), Corporals Michael Camacho ("Corporal Camacho"), Robert Watkins ("Corporal Watkins"), and Officer Brian Ndege ("Officer Ndege") arrived to assist Captains Rizer and Jenkins-Ngandu to transport YASINOV to a segregation unit.

5.      During the transport, YASINOV refused the orders of the officers, including refusing to enter the cell.  As officers escorted YASINOV into the cell, YASINOV continued to resist the officers, causing the officers to fall to the ground.

6.      YASINOV used his leg to strike the leg of Captain Rizer, causing her and other officers to fall to the ground.  Officers subdued YASINOV with leg irons and carried him to the cell.  Officers removed the leg irons and placed YASINOV against the wall, and instructed YASINOV remain in place until the officers left the cell.

7.      YASINOV charged the officers, slamming his body into Sergeant Johnson's chest and Captain Rizer's knee.  YASINOV continued to flail on the floor, kicking officers and attempting to strike them with his hands.

8.      As a result of YASINOV's actions, Captain Rizer, Sergeant Johnson, Corporal Camacho, and Corporal Watkins sustained physical injury.

9.      By his actions, the defendant, IGOR YASINOV, did forcibly assault, resist, oppose, impede and interfere with Captain Rizer, Sergeant Johnson, Corporal Camacho, and Corporal Watkins, while they were engaged in the performance of their official duties.

## The Law

10.      Title 18, Section 111(a)(1) of the United States Code provides criminal penalties for "[w]hoever...forcibly assaults, resists, opposes, impedes...any person designated in section 1114 of this title while engaged in or on account of the performance of official duties," and Title 18, Section 111(b) provides criminal penalties for any person who "inflicts bodily injury" as a result of an assault described in Title 18, Section 111(a)(1).

11.      Title 18, Section 1114 of the United States Code identifies "any officer or employee of the United States or of any agency in any branch of the United States Government...while such officer or employee is engaged in or on account of the performance of official duties or any person assisting such an officer or employee in the performance of such duties or on account of that assistance...."

## The Charges

12.      On or about November 16, 2021, in the District of Maryland, the defendant,

### IGOR YASINOV,

did willfully forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in section 18 U.S.C. § 1114 who was engaged in the performance of official duties, that is, by charging into and kicking Nina Rizer, a Correctional Officer who was engaged in the performance of official duties, resulting in bodily injury.

18 U.S.C. § 111(a)(1), (b)

## COUNT TWO

### (Assaulting, Resisting, Or Impeding Certain Officers or Employees, Inflicting Bodily Injury)

The Grand Jury for the District of Maryland further charges that:

On or about November 16, 2021, in the District of Maryland, the defendant,

### IGOR YASINOV,

did willfully forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in section 18 U.S.C. § 1114 who was engaged in the performance of official duties, that is, by charging into and kicking Dorian Johnson, a Correctional Officer who was engaged in the performance of official duties, resulting in bodily injury.

18 U.S.C. § 111(a)(1), (b)

## COUNT THREE
### (Assaulting, Resisting, Or Impeding Certain Officers or Employees, Inflicting Bodily Injury)

The Grand Jury for the District of Maryland further charges that:

On or about November 16, 2021, in the District of Maryland, the defendant,

**IGOR YASINOV,**

did willfully forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in section 18 U.S.C. § 1114 who was engaged in the performance of official duties, that is, by charging into and kicking Michael Camacho, a Correctional Officer who was engaged in the performance of official duties, resulting in bodily injury.

18 U.S.C. § 111(a)(1), (b)

## COUNT FOUR
### (Assaulting, Resisting, Or Impeding Certain Officers or Employees, Inflicting Bodily Injury)

The Grand Jury for the District of Maryland further charges that:

On or about November 16, 2021, in the District of Maryland, the defendant,

### IGOR YASINOV,

did willfully forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in section 18 U.S.C. § 1114 who was engaged in the performance of official duties, that is, by charging into and kicking Robert Watkins, a Correctional Officer who was engaged in the performance of official duties, resulting in bodily injury.

18 U.S.C. § 111(a)(1), (b)

EREK L. BARRON
UNITED STATES ATTORNEY

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

12|21|2022
DATE